■ ANNA M. NEAL, Respondent, v CHARLES WRIGHT, Appellant. (Appeal No. 1.) [636 NYS2d 518] —Judgment unanimously af-

firmed with costs. Memorandum: Summary judgment was properly granted to plaintiff because the issue whether defendant breached a contract for the sale of real property had already been determined on the merits in a prior Buffalo City Court action between the parties. Based upon our review of the record, we conclude that defendant had a full and fair opportunity to litigate the issue in the prior action *(see, Weiss v Manfredi,* 83 NY2d 974, 976, *rearg denied* 84 NY2d 848; *Matter of Hee K. Choi v State of New York,* 74 NY2d 933, 936; *Kaufman v Lilly & Co.,* 65 NY2d 449, 455). We reject defendant's argument that only "trivial stakes" were involved in the prior action, providing less incentive for defendant to litigate the liability issue vigorously *(cf., Staatsburg Water Co. v Staatsburg Fire Dist.,* 72 NY2d 147, 153). There is no reason to deny preclusive effect to a prior judgment merely because it was made by a court of limited jurisdiction; any other rule would undermine the judgments of those courts *(see,* Siegel, NY Prac § 469, at 715 [2d ed]).

We decline to modify the bill of costs. Defendant's remedy is to move in County Court for judicial review of the bill of costs *(see,* CPLR 8404). (Appeal from Judgment of Supreme Court, Erie County, Rogowski, J.—Summary Judgment.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.